Case 1:23-mj-00355-GMH   Docum

Case: 1:23-mj-00355
Assigned To : Harvey, G. Michael
Assign. Date : 12/14/2023
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On December 13, 2023, law enforcement officers from Homeland Security Investigations (HSI), the U.S. Postal Inspection Service (USPIS), and the Washington D.C. Metropolitan Police Department (MPD) executed a search warrant (23-SW-421) issued by the U.S. District Court for the District of Columbia on the residence of Kahlil FELDER, also known as Kahlil Gibron Hewitt, in Southeast, Washington D.C. (the "Target Premises"). During a search of the Target Premises, law enforcement officers discovered two firearms, $4,000.00 in U.S. currency in a rubber-banded stack of 100-dollar bills in FELDER's nightstand next to FELDER's bed. There was also a Washington D.C. Department of Motor Vehicles Registration Certificate in the same drawer as the firearms, bearing FELDER's name.

The firearms included a Glock 36, .45 caliber firearm bearing serial number EVW994 and a Springfield Hellcat 9mm pistol bearing serial number BA103522. The Glock 36 bearing serial number EVW994 was reported to be a stolen firearm from Prince George's County, Maryland. Your affiant knows that no firearms manufacturers or ammunition manufacturers are located in the District of Columbia, and that therefore the firearms and ammunition traveled through interstate commerce. Additionally, agents discovered 9 loose rounds of .40 caliber ammunition in the coffee table drawer located in the living room. Your affiant knows that FELDER is a prohibited person having previously been convicted of an offense punishable by imprisonment for a term exceeding one year.

Investigators also discovered large quantities of narcotics located in a suitcase near the front door of the apartment packaged for distribution, including at least 400 grams of suspected fentanyl (based on initial field tests and an approximate gross weight of 2.7 kilograms, including drug packaging). Law enforcement conducted field tests of samples of the suspected fentanyl with BTNX Rapid Response Fentanyl Test Kits, which returned a presumptive positive match for fentanyl. Further,

law enforcement located a digital scale and hundreds of empty "zips" in the same suitcase as the narcotics.

Your affiant knows that FELDER is the listed renter and the actual sole full-time occupant of the Target Premises. Additionally, your affiant knows that the Target Premises is a relatively small residence, in that it is a one bedroom (with a den) and two-bathroom unit, 1,044 square feet in size. Based on the fact that there was a significant, distribution quantity of narcotics located in a suitcase near the front door, as well as the fact that the two firearms were located in FELDER's unlocked bedside drawer within arm's reach of where he sleeps and next to approximately $4,000.00 of suspected drug proceeds, your affiant believes that FELDER possessed the firearms in furtherance of his drug trafficking activities.

Accordingly, I submit that there is probable cause to believe that FELDER violated 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi) (Unlawful Possession with Intent to Distribute 400 Grams or More of Fentanyl); 18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying and Possessing a Firearm in Furtherance of a Drug Trafficking Offense); and 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Prohibited Person).

_____
SPECIAL AGENT JULIAN HERMAN
HOMELAND SECURITY INVESTIGATIONS

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 14th of December 2023.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE